# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH;<br><br>Plaintiff,<br>v.<br>15147 WOODRUFF PLACE, LLC;<br>and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No: 2:20cv07826 CBM (KSx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [JS-6]<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiff's Complaint and dismisses with prejudice Plaintiff's complaint in its entirety.  Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: MAY 10, 2021

By: _____
Hon. Consuelo B. Marshall
United States District Judge